UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLES KINNEY, Plaintiff, v. FRANCES ROTHSCHILD, et al., Defendants. | Case No. 17-cv-07366-VC **ORDER DENYING MOTION TO VACATE, RECONSIDER, ALTER, OR AMEND** Re: Dkt. No. 8, 12 |
|---|---|

Kinney's motion to vacate, reconsider, alter, or amend the judgment is denied. He has not shown that his de facto appeal of the state court's sanctions order is exempt from the *Rooker-Feldman* doctrine.

Kinney's request for judicial notice is denied as moot.

**IT IS SO ORDERED.**

Dated: March 30, 2018

VINCE CHHABRIA
United States District Judge